AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:45
RECEIVED FEB 29 '24

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00109 |
| JAMAR BENNETT | ) Assigned To : Judge Dabney L. Friedrich |
| | ) Assign. Date : 2/29/2024 |
| | ) Description: INDICTMENT (B) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMAR BENNETT
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Phencyclidine; 21 USC § 841(a)(1) and § 841(b)(1)(C) - Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Fentanyl; 21 USC § 841(a)(1) and § 841(b)(1)(B)(vi) - Unlawful Distribution of Forty Grams or More of Fentanyl; 21 USC § 841(a)(1) and § 841(b)(1)(C) - Unlawful Distribution of a Mixture and Substance Containing a Detectable Amount of Phencyclidine; 21 USC § 841(a)(1) and § 841(b)(1)(B)(iv) - Unlawful Distribution of One Hundred Grams or More of Phencyclidine; FORFEITURE: 21 U.S.C. § 853(a) and (p); and 28 USC § 2461(c)

Date:   02/29/2024

2024.02.29
15:40:25 -05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/6/2024, and the person was arrested on *(date)* 3/6/2024
at *(city and state)* Washington D.C.

Date: 03/06/2024

Scott B.
*Arresting officer's signature*

SCOTT BROWN   TFO /FBI
*Printed name and title*